Jerome L. Grimes
263 Vernon Street
San Francisco, CA. 94132
In Pro Per, Attorney
"Futuristic Safety First,
Children Safety And Welfare Program"
HOME BASED BUSINESS OFFICE
(415) 584-1454 (H.)

United States District Court
For The Northern District Of California

RECEIVED JUN 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED JUN 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Jerome L. Grimes,
  Petitioner,

v.

Superior Court Of California,
San Mateo County,
Deputy District Attorney, Sarah Boxer,
Department #41,
Honorable Judge, Thomas Smith,
  Respondents.

Writ of Habeas Corpus No.
CV-07-80167 MISC. CW
C07-03647 CW

"EMERGENCY MOTION UNDER CIRCUIT RULE 27-3"

Misdemeanor Conviction Appeal

(COVER PAGE)

Jerome L. Grimes,
263 Vernon Street
San Francisco, CA. 94132
In Pro Per, Attorney
Futuristic Safety First,
"Children Safety, And Welfare Program"
HOME BASED BUSINESS OFFICE
(415) 584-1454 (H.)

United States District Court
For The Northern District of California

Jerome L. Grimes,
  Petitioner,

V.

Superior Court of California,
San Mateo County,
Deputy District Attorney, Sarah Boxer,
Department #41,
Honorable Judge, Thomas Smith,
  Respondents.

Writ Of Habeas Corpus No.

"CIRCUIT RULE 27-3 CERTIFICATE."

I.  In Pro Se, Attorney
    Jerome L. Grimes
    263 Vernon Street
    San Francisco, CA. 94132
    (415) 584-1454 (H.)

II. On, December 26, 2006, the petitioner's, New, Writ Of Habeas Corpus, was, Mail Tampered, and, Filed, as an, "AMENDED WRIT OF HABEAS CORPUS NUMBER: C06-3146 CW", and then, Mail Tampered, AGAIN. This Resulted in the petitioner, NOT, being, Notified, that the, AMENDED WRIT, was, Not Pending, but still in, Closed-Status. And, NOW, there is a, (7) SEVEN,

(1 of 3)

Days, Sheriff Work Program, "Surrender Date", "OR", (4) Four, to, (5) Five, Days, In-Custody Jail-Time, "Surrender Date", of: July 14, 2007, for a, Misdemeanor Crime of Cocaine-Crack Pipe/Drug Paraphernalia Possession, which the, In Pro Per, Petitioner, was, Framed-Up, for, and is, Innocent of, on, October 19, 2004.

It appears the, San Mateo County Deputy Sheriff's, are, Deliberate Indifferent, and is, Excluding, the, Innocent, In Pro Per, Petitioner, from the, Optional, (7) Seven, Days, Sheriff Work Program, Out-Of-Custody, and wants the Petitioner, In Pro Per, to do these, Accruing Civil Damages, In-Custody, Status. (See: Civil Complaint No.: _____ Jerome L. Grimes V. Foster City Police Dept., Officer, Noel MacDougall #___ Officer, Barsanti #:___ Officer, Tracy Garcia #___

This, "U.S. District Court, Northern District of California, July 14, 2007, Surrender Date",

(2 of 3)

puts the, Innocent, In Pro Per, Petitioner, in, "Imminent Danger Of Further Kidnapping For A Crime The Foster City Police Officers, Involved, Know I Did, Not, Committ, And Suffer More Liberty Deprivation, Continuous False Imprisonment Hardship With The Intent To Intimidate And Dissuade The Petitioner From Securing, His, OIL - Royalties Inheritances, And, Prosecuting, His, Federal Civil Lawsuits, Against, Numerous Perpetrators Involved In The Estate Looting And Child Abductions Of The Petitioner's Children And Inheritances, monthly, OIL - Royalty Franchisee Fees Checks.

III.    The, Other Parties/Respondents, were not notified and served, but will be notified and served on, 28th, of, June, 2007, by personal service and delivery.

Dated: June 26, 2007

Jerome L. Grimes
JEROME L. GRIMES
Petitioner) In Pro Per
And,
Director of:
"Futuristic Safety, First,
Children Safety And Welfare Program"
(1977 - 02/10/84)    (07/27/81)

(3 of 3)

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name  _GRIMES  JEROME  L._
    (Last)    (First)    (Initial)

Prisoner Number  _San Mateo County  Case # SM336289A  Jail # 2648947, S.F. Jail #: 40896, Case # 224847_

Institutional Address  _Out-of-Custody_

_263 Vernon St., SF, CA. 94132  (415)584-1454 (H.)_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_Jerome L. Grimes_
(Enter the full name of plaintiff in this action.)

vs.

_Superior Court of California,
San Mateo County,
Deputy District Attorney, Sean Boxer
Department # 41
Judge, Thomas Smith,_
(Enter the full name of respondent(s) or jailor in this action)

Case No. _____
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

Read Comments Carefully Before Filling In

<u>When and Where to File</u>

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS      - 1 -

1 | Who to Name as Respondent

2    You must name the person in whose actual custody you are. This usually means the Warden or
3 jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4 you are imprisoned or by whom you were convicted and sentenced. These are not proper
5 respondents.
6    If you are not presently in custody pursuant to the state judgment against which you seek relief
7 but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8 custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9 was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11    1. What sentence are you challenging in this petition?

12       (a)   Name and location of court that imposed sentence (for example; Alameda
13             County Superior Court, Oakland): _Superior Court of California_  _Redwood City Facility_
14             _County of San Mateo_                                            _400 County Center_
                                                                                _Redwood City, CA. 94063_
15             Court                                                            Location

16       (b)   Case number, if known  _SM 336289A_

17       (c)   Date and terms of sentence _September 28, 2005_
                                          _3 years, misdemeanor Court Probation_

18       (d)   Are you now in custody serving this term? (Custody means being in jail, on
19             parole or probation, etc.)         Yes  _✓_   No ____
20             Where?  _Court Probation No Bail Warrant_

21             Name of Institution: _San Francisco County Jail #2_
                                    _Cell B-03, 7th Floor_
22             Address: _850 Bryant Street_
                        _San Francisco, CA. 94103_

23    2. For what crime were you given this sentence? (If your petition challenges a sentence for
24 more than one crime, list each crime separately using Penal Code numbers if known. If you are
25 challenging more than one sentence, you should file a different petition for each sentence.)
26 _(Frame-Up) Drug Paraphernalia: Cocaine Crack Pipe_
27                                                _Health + Safety Code_
                                                  _11364 Violation_
28 _Vehicle Code Section 12500 Violation._  _Count I + Count II_

PET. FOR WRIT OF HAB. CORPUS            - 2 -

3. Did you have any of the following?

    Arraignment:                                         Yes ✓    No ___

    Preliminary Hearing: ONLY, misdemeanor   Yes ___   No ✓

    Motion to Suppress: Non-Statutory motion To Dismiss   Yes ✓   No ___

4. How did you plead?

    Guilty ___     Not Guilty ✓     Nolo Contendere ___

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ✓     Judge alone ___     Judge alone on a transcript ___

6. Did you testify at your trial?           Yes ___   No ✓

7. Did you have an attorney at the following proceedings:

    (a) Arraignment   In Pro Se     Yes ___   No ✓

    (b) Preliminary hearing     Yes ___   No N/A

    (c) Time of plea   In Pro Se     Yes ___   No ✓

    (d) Trial   In Pro Se     Yes ___   No ✓

    (e) Sentencing   In Pro Se     Yes ___   No ✓

    (f) Appeal   In Pro Per     Yes ___   No ✓

    (g) Other post-conviction proceeding     Yes ___   No ✓   In Pro Se

8. Did you appeal your conviction?           Yes ✓   No ___

    (a) If you did, to what court(s) did you appeal?

    Court of Appeal           Yes ___   No ✓

    Year: _____   Result: _____

    Supreme Court of California     Yes ✓   No ___   Writ #: S148111

    Year: 12/20/06   Result: DENIED

    Any other court   App#: AD4883   Yes ✓   No ___   County of San Mateo Appellate Dept., Superior Ct of CA.

    Year: 2006   Result: Affirmed

    (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS     - 3 -

|   |   |   |
|---|---|---|
| 1 | petition? | Yes ✓   No ___ |
| 2 | (c) Was there an opinion? | Yes ___   No ✓ Not Yet. |
| 3 | (d) Did you seek permission to file a late appeal under Rule 31(a)? |   |
| 4 |   | Yes ___   No ✓ |

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes ✓   No ___

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: _U.S. Dist. Ct., Northern Dist. of CA._

Type of Proceeding: _Writ of Habeas Corpus # C06-3146CW_

Grounds raised (Be brief but specific):

a. _Prosecutorial misconduct_ [exculpatory evidence]

b. _Violation of Petitioner's Substantial Right to a Fair Trial._

c. _____

d. _____

e. _Unexhausted Highest State Remedy._

Result: _Dismissed without Prejudice_  Date of Result: _June 13, 2006_

II. Name of Court: _Superior Court of California_

Type of Proceeding: _Writ of Habeas Corpus #: 5148111_

Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

       a. _Prosecutorial Misconduct_

       b. _Violation Of Petitioner's Substantial Right To A Fair Trial (Exculpatory Evidence)_

       c. _____

       d. _____

       Result: _Denied_ Date of Result: _December 20, 2006_

III. Name of Court: _____

     Type of Proceeding: _____

     Grounds raised (Be brief but specific):

       a. _____
       b. _____
       c. _____
       d. _____

     Result: _____ Date of Result: _____

IV. Name of Court: _____

     Type of Proceeding: _____

     Grounds raised (Be brief but specific):

       a. _____
       b. _____
       c. _____
       d. _____

     Result: _____ Date of Result: _____

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court? _Writ #: C06-3145 CW_ Yes _✓_ No ____

Name and location of court: _U.S. Dist. Ct., Northern Dist. of CA, 450 Golden Gate Ave., SF, CA. 94102_

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS    -5-

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: _Prosecutorial Misconduct_

6  _____

7  Supporting Facts: _Prosecutor, Deputy District Attorney,_

8  _Sarah Boxer, misled, Jurors, into believing that_

9  _the petitioner's California Driving Privilege, in the_

10 _State of California, was, suspended, on, Incident Date:_

11 _October 19, 2004, which is, FALSE._
   Claim Two: _____

12 Claim Two: _Violation Of Petitioner's Right To Exculpatory Evidence_

13 Supporting Facts: _Prosecutor, Deputy District Attorney,_

14 _Sarah Boxer, under 352, moved motion to exclude_

15 _In Pro Se, Defense's, Exculpatory Evidences (Proof Of)_
   _Declaration In Support Of Non-Statutory Motion_

16 _To Dismiss, Parole Officer Of State Of California,_
   _Signed, Clean And Clear (See: Attachment #1)_

17 Claim Three: _Prosecutorial Misconduct And Vindictiveness_

18 _____

19 Supporting Facts: _After, In Pro Se, Defense's Non-Statutory_

20 _Motion To Dismiss Count I, The Prosecutor,_

21 _Deputy District Attorney, Sara Boxer, Punished And_
   _Filed, Count II, A Vehicle Code Section Violation_

22 _Ignoring The Petitioner's, VALID, Colorado Drivers License_ [EXP: 05/23/13]

23 If any of these grounds was not previously presented to any other court, state briefly which

24 grounds were not presented and why:

25 _Ground Two, were Not clearly identified_
   [SFCJ-Continuous (False) Imprisonment Hardship]
26 _due to the petitioner's, Current, Imminent Danger_

27 _Of More Serious Injuries, Broken Jaw, Reinjury_

28 _Potential Food Trays-Breakfast, Lunch, And Dinner_
   _(See: Attachment #1) And (See: Writ #:C06-3146CW_
   PET. FOR WRIT OF HAB. CORPUS        - 6 -    _Identified As: AMENDED)_

1  List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases.

*U.S. v. Nesmith, D.C., 121 F.Supp. 758*
*Feretta v. California (1975) 422 U.S. 806, 95 S.Ct. 2525, 45 L.Ed. 2d 562*
*Arizona v. Youngblood, 488 U.S. 51, 109 S.Ct. 333 (1988) 6th Amend, US Const, Right To Locate A Defense*
*U.S. v. Goodwin (1982) 457 U.S. 368, 384, 73 L.Ed. 74, 87, 102 S.Ct. 2485*
*People v. Bracey (1994) 21 CA 4th 1532, 1549, 26 CR 2d 885*
*Blackledge v. Perry (1974) 417 U.S. 21, 29 n.7, 40 L.Ed. 2d 628, 635 n.7, 94 S.Ct.*
*People v. Johnson (1991) 233 CA 3d 425, 448, 284 CR 579*
*People v. Mackey (1985) 176 CA 3d 177, 221 CR 405*
*Brady v. Maryland, 373 U.S. 83, 83 S.Ct. 1194 (1963).*

Do you have an attorney for this petition?          Yes____   No ✓

If you do, give the name and address of your attorney: In Pro Per, Attorney Jerome L. Grimes, 263 Vernon St., SF, CA. 94132 Home Based Business Office, of: Futuristic Safety First,

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. ("Children Safety And Welfare Program") I verify under penalty of perjury that the foregoing is true and correct.

Executed on __June 26, 2007__         __Jerome L. Grimes__
         Date                           Signature of Petitioner

Jerome L. Grimes
Petitioner, In Pro Per
And,
Director of:
Futuristic Safety First,
"Children Safety And Welfare Program"
(1977 - 02/10/84)    (07/27/81)
(10/31/85 Halloween Night)

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -

<u>Con't</u>: <u>Claim Two, Supporting Facts</u>

Urinanlysis Drug Test, Less Than, (12) Twelve, Hours, After, this, Alleged, Violation Of The, Health & Safety Code: <u>11364</u>.

And, VALID, State of Colorado, Drivers License, with, Expiration Date Of: <u>May 23, 2013</u>, Presented at the time of, Alleged, Possession Of [Cocaine Crack Pipe] Drug Paraphernalia In A Motor Vehicle, Violation Of: Health & Safety Code: <u>11364</u>.


<u>Con't</u>, Grounds Not Presented And Why:

Poisonings, And, Canteen Commissary Food Poisonings, etc,


(Attachment #1)

```
 1   state, and you did not have a California
 2   Driver's License.  That's all.
 3              In terms of the drug crack pipe
 4   possession, the judge has now told you that
 5   you cannot bring up any information about
 6   another person driving.
 7              MR. GRIMES:  Right, right.
 8              MS. BOXER:  The car registered to
 9   another person.
10              MR. GRIMES:  I'm not worried about
11   that.
12              MS. BOXER:  I wanted you to know what
13   your evidence is going to be.  You cannot
14   bring up any evidence of drug test.
15              MR. GRIMES:  I mean, there is still a
16   Federal jurisdiction in regards to the
17   state -- a state actor -- as a stated actor,
18   especially a District Attorney, is also to
19   make sure the innocent do not suffer and the
20   guilty do not escape.
21              So, of course you are my adversary,
22   but you are not my attorney, so I wasn't
23   talking about what my evidence is.  I was just
24   presented you can object, but at the same time
25   I was just trying to talk about whether or not
26   we can dispose of the matter without going
```

Attachment #7
Attachment #1 of 3

1  through peremptory challenges, without going
2  through a jury trial, but I mean if we have
3  to, we have to.
4         So, in regards to the first offer,
5  misdemeanor and all that stuff, I mean if you
6  are willing to go no contest, which is what
7  the other District Attorney told me, no
8  contest, no probation, credit for time served,
9  I've already been incarcerated, I paid bail,
10 and I am definitely innocent of it, so I've
11 been punished.
12        If you were looking whether guilty
13 and punished, and all that, I'm looking at
14 saving the Court time and saving tax payers
15 money, and I'm trying to put this behind me
16 because I've been through this too much, and
17 tomorrow I could be under another attack to
18 Court.
19        Now I'm thinking not being violent of
20 Penal Code 136.1-B, which is trying to badger
21 a W and I.  I am an attorney.  By stopping me
22 from trying to intimidate me from appearing by
23 getting me framed up and locked up again by
24 lewd and prohibited activities or something
25 that attacked -- I don't know what they might
26 try.





Attachment #8
Attachment #2 of 2

```
 1   officer?
 2            MR. GRIMES:  Oh, excuse me.  It was
 3   Exhibit No. 4, identifying as No. 4.
 4            THE COURT:  You don't have any
 5   exhibits.  Do you want that marked as an
 6   exhibit?
 7            MR. GRIMES:  Yes, please.
 8            THE COURT:  May I have that, Officer?
 9   The clerk will mark the Defendant's A which is
10   the first exhibit, and what it is, it appears
11   to be a photocopy of a Colorado Driver's
12   License expiring in 2013.  I believe that's
13   what it is.
14            You will see that, ladies and
15   gentlemen.
16            (Whereupon, Defendant's Exhibit A was
17             marked for identification.)
18            MR. GRIMES:  Q.  Okay.
19            THE COURT:  That's Defendant's A.
20            MR. GRIMES:  And I was just wondering
21   if you could let me know what date the
22   expiration date is.
23       A.   5/23/2013.
24       Q.   And, also, the date like issuance
25   date, could you see that on there?  It was
26   like right underneath.
```