UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Sir or Madam:

Your petition has been filed as civil case number **07-3647 CW.**

Your petition is deficient because:

1. **XXX** You did not pay the appropriate filing fee of $5.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety.

2. \_\_\_\_ The <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   \_\_\_\_ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

   \_\_\_\_ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   \_\_\_\_ You did not sign your <u>In Forma Pauperis</u> Application.

   \_\_\_\_ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   \_\_\_\_ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   \_\_\_\_ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:** **If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 4/01