IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | No. C 07-03647 CW (PR) |
|     Petitioner, | JUDGMENT |
|   v. | |
| SUPERIOR COURT OF CALIFORNIA, | |
|     Respondent.              / | |

The Court has dismissed this action without prejudice because Petitioner failed to complete the <u>in forma pauperis</u> application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 9/17/07

*Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\HC.07\Grimes3647.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

   Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA et al,

   Defendant.

Case Number: CV07-03647 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: September 17, 2007

            Richard W. Wieking, Clerk
            By: Sheilah Cahill, Deputy Clerk